IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHROMALOX, INC.,

    Plaintiff,

v.

GEORGIA OVEN, et al.,

    Defendants.

NO. 3:06-0546
JUDGE HAYNES

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for a temporary injunction (Docket Entry No. 36) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 25th day of January, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge